UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

HECTOR MARTINEZ GARCIA,                 24-cv-6840 (JGK)

              Plaintiff,        ORDER

     - against -

MAEL ROLLAND HIROU, ET AL.,

              Defendants.
―――――――――――――――――――――――――――――

**JOHN G. KOELTL**, District Judge:

    Pursuant to 28 U.S.C. § 1447, the time for the plaintiff to move to remand the case on the basis of any defect other than lack of subject matter jurisdiction was **October 10, 2024**. To date, no motions to remand have been filed.

    The time for the defendants to answer or respond to the complaint is extended to **October 29, 2024**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

    The plaintiff should serve a copy of this Order on each of the defendants and file proof of service on the docket by **October 22, 2024**.

**SO ORDERED.**

Dated:   New York, New York
          October 15, 2024

                                           /s/ John G. Koeltl
                                            John G. Koeltl
                                 United States District Judge