```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------

HECTOR MARTINEZ GARCIA,

                Plaintiff,

    - against -

MAEL ROLLAND HIROU, ET AL.,

                Defendants.

24-cv-6840 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by November 12, 2024.

SO ORDERED.

Dated:    New York, New York
           October 30, 2024

                                        John G. Koeltl
                                  United States District Judge