```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

HECTOR MARTINEZ GARCIA,                  24-cv-6840 (JGK)

        Plaintiff,                  ORDER

- against -

MAEL ROLLAND HIROU, ET AL.,

        Defendants.

JOHN G. KOELTL, District Judge:

Pursuant to the Court's Order dated October 30, 2024, ECF No. 9, the time for the parties to submit a Rule 26(f) report was November 12, 2024. To date, no such report has been filed.

The time for the parties to submit a Rule 26(f) report is extended to **December 4, 2024**. Failure to submit such a report or otherwise update the Court by that date could result in dismissal of the case without prejudice for failure to prosecute.

SO ORDERED.

Dated:   New York, New York
        November 18, 2024

                                            John G. Koeltl
                                   United States District Judge