UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HECTOR MARTINEZ GARCIA,
                            Plaintiff(s)

                  24 civ 6840 (JGK)

     -against-

LE GROUP BELL-HORIZON, INC., et al,
                            Defendant(s).
-------------------------------------------------------------X

## ORDER

The conference scheduled for December 12, 2024, at 2:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 4, 2024