

*Time to complete discovery extended to 9/19/25.*

*So Ordered.*

*6/4/25  [signature]  6/[?]/[?]*
*U.S.D.J.*

June 3, 2025

Joseph C. Baiocco
914.872.7338 (direct)
Joseph.Baiocco@wilsonelser.com

**VIA ECF**
The Hon. John G. Koeltl, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 14A
New York, NY 10007

RE:  **CONSENT LETTER-MOTION SEEKING STAY OF PROCEEDINGS OR EXTENTION OF DISCOVERY DEADLINES UNTIL PLAINTIFF RECEIVES AND RECOVERS FROM WORKERS' COMPENSATION APPROVED LUMBAR SURGERY**
*Hector Martinez Garcia v. Mael Rolland Hirou et al.*
**Case No. 1:24-cv-06840-JGK**

Dear Judge Koeltl,

This firm represents Defendants, Mael Rolland Hirou and Le Groupe Bell-Horizon Inc. ("Defendants"), in the above-captioned case. In accordance with Local Rules 5.2(b) and 7.1(d), and Section I.F. of Your Honor's Individual Practices, Defendants and Plaintiff Hector Martinez Garcia ("Plaintiff") (together, "the parties") submit this letter-motion seeking a stay of proceedings until Plaintiff has recovered from his workers' compensation approved lumbar surgery, scheduled to occur on July 8, 2025. In the alternative, if the Court is not inclined to grant a stay, the parties submit this letter-motion respectfully requesting a 90-day extension of the discovery deadline in this matter. No previous extension requests have been made.

There is good cause for this joint request. The parties have been operating in good faith to conduct the depositions of all parties and complete discovery. We have conducted the Plaintiff's deposition and we are currently scheduling the deposition of defendants' corporate representative. We had also recently noticed all IMEs in this matter. However, last week Plaintiff's counsel contacted us to let us know that Plaintiff was approved by workers' compensation for a lumbar surgery on July 8, 2025. As such, the noticed IMEs had to be cancelled and will not be able to be rescheduled until Plaintiff recovers from such surgery. Currently, the discovery deadline is August 14, 2025; this deadline does not provide the parties with enough time for Plaintiff to recover from his surgery, attend all rescheduled IMEs, and otherwise complete discovery in this matter.

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco
Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com



As such, the parties jointly request a stay of this case until Plaintiff has recovered from his lumbar surgery, or, in the alternative, a 90-day extension of time to complete discovery in this matter. If the Court grants the stay, the parties will reach back out to the Court jointly to lift the stay once Plaintiff has recovered from his lumbar surgery and the parties are able to proceed with IMEs. Please let us know if the Court requires any additional information to consider this request.

Respectfully submitted,

By:    */s/ Joseph C. Baiocco, Esq.*
     Joseph C. Baiocco, Esq.
     **WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER, LLP**
     1133 Westchester Avenue
     White Plains, NY 10604
     Tel:    (914) 872-7338
     Email: Joseph.Baiocco@wilsonelser.com
     *Attorneys for Defendants*

*/s/ Domhnall Muiris O'Cathain, Esq.*
Domhnall Muiris O'Cathain, Esq.
**O'CATHAIN LAW GROUP, LLC**
Court Plaza South
21 Main Street, Ste. 250
Hackensack, NJ 07601
Tel:    (201) 488-1162
Email: do@olgnj.com
*Attorneys for Plaintiff*

Dated: White Plains, New York
       June 3, 2025